**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**James Edward GRIFFIN,**
**Defendant–Appellant.**

No. 06–41581

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 19, 2008.

Maureen E. Smith, U.S. Attorney's Office, Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Michael Reuss Snipes, State of Texas Criminal District Court Number 7, Dallas County, Dallas, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent James Edward Griffin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Griffin has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.